# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138579

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CITY OF PONTIAC,
          Plaintiff-Appellant,

v

                                   SC: 138579
                                   COA: 280919
MICHIGAN ASSOCIATION OF              Oakland CC: 2007-079892-CL
POLICE, and PONTIAC POLICE
OFFICERS ASSOCIATION,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009 _____    _____

                                          Clerk

l0720